CRISTINA L. TALLEY, CITY ATTORNEY
MOSES W. JOHNSON, IV,
Assistant City Attorney
E-mail: mjohnson@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123

Attorneys for Defendants CITY OF ANAHEIM, and
CITY OF ANAHEIM erroneously sued as ANAHEIM
POLICE DEPARTMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA PADILLA AND MARIO CEJA, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ANAHEIM, ANAHEIM POLICE DEPARTMENT, AND DOE OFFICERS OF THE ANAHEIM POLICE DEPARTMENT, AND DOES 1 through 10, Inclusive,, <br><br> Defendants. | Case No.: SACV12-622 JVS(JPRx) <br><br> PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION <br><br> **\*NOTE CHANGES MADE BY THE COURT\*** |

The parties stipulated to a protective order re confidential information that was filed on or about September 10, 2012, and seek to have a protective order entered by the Court based on that stipulation. **The stipulation is approved as modified by the Court (see attached revised protective order.)**

IT IS SO ORDERED.

Date: September 18, 2012

HON. JEAN P. ROSENBLUTH
United States Magistrate Judge

1  CRISTINA L. TALLEY, CITY ATTORNEY
2  MOSES W. JOHNSON, IV,
   Assistant City Attorney
3  E-mail: mjohnson@anaheim.net
   200 S. Anaheim Boulevard, Suite 356
4  Anaheim, California 92805
   Tel: (714) 765-5169 Fax: (714) 765-5123

5  Attorneys for Defendants CITY OF
6  ANAHEIM, and CITY OF ANAHEIM
   erroneously sued as ANAHEIM POLICE
   DEPARTMENT
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 BARBARA PADILLA AND                Case No.:   SACV12-622 JVS(JPRx)
   MARIO CEJA,
12
            Plaintiffs,
13                                    STIPULATION FOR PROTECTIVE
                                      ORDER RE CONFIDENTIAL
14      v.                            INFORMATION

15 CITY OF ANAHEIM, ANAHEIM
   POLICE DEPARTMENT, AND
16 DOE OFFICERS OF THE
   ANAHEIM POLICE
17 DEPARTMENT, AND DOES 1
   through 10, Inclusive,,
18
            Defendants.
19

20

21

22

23

24

25

26

27

28

1    The parties, Plaintiffs BARBARA PADILLA and MARIO CEJA, and
2    Defendants CITY OF ANAHEIM, and CITY OF ANAHEIM erroneously sued
3    as ANAHEIM POLICE DEPARTMENT ("Defendants" or "City") through their
4    respective attorneys of record, agree that the following protective order be issued
5    in this matter pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure.
6        1.    This Protective Order applies to and governs the use of law
7    enforcement investigative reports and records concerning the shooting of
8    decedent Marcel Ceja which are being produced to Plaintiff by the City. This
9    Order shall also apply to and govern any other investigative or law enforcement
10   reports or records subsequently produced to Plaintiff by the City concerning the
11   shooting of decedent Marcel Ceja or its aftermath (hereinafter referred to as
12   "Confidential Information"), including but not limited to, reports or memoranda
13   prepared by the Anaheim Police Department or the Orange County District
14   Attorney's Office (OCDA). The OCDA investigation is not yet finished but will
15   be produced by Defendants to Plaintiffs after it is completed.
16       The term Confidential Information shall mean and include the documents
17   listed above, any and all portions thereof, and all documents of whatever kind
18   containing information set forth in or obtained from these documents.
19       2.    Plaintiffs' counsel shall use the Confidential Information solely for
20   the purposes of this litigation, and shall not disclose any portion of the
21   Confidential Information to any other person, firm or corporation except:
22       A.    Bona fide employees of counsel's law offices, and then only to the
23   extent necessary to enable said persons to assist in litigation of this action;
24       B.    Plaintiffs, to the extent deemed necessary by counsel for the
25   prosecution of this litigation;
26       C.    Expert witnesses employed by the parties to this action;
27       D.    Consultants retained by the parties to this action; or
28       E.    The Court.

2

1    3.    All persons described in paragraph 2 (a) through (d) above shall not

2  disclose any portion of said Confidential Information and shall not use any

3  information obtained therefrom except in conformance with this Protective Order

4  and for purposes of this litigation.  Any party who discloses Confidential

5  Information to any person described in paragraph 2 (a) through (d) shall advise

6  such person that said matters constitute Confidential Information which may be

7  used only for the litigation of this action, and shall, prior to disclosure of the

8  Confidential Information, have such person execute a written Understanding and

9  Agreement to be bound by this Stipulation for Protective Order in the form

10  attached hereto as Exhibit 1.

11    4.    Any deposition testimony that encompasses or concerns

12  Confidential Information shall be transcribed in a separate booklet that is marked

13  on its cover "Confidential: Do not Disclose ~~by Court Order.~~" In addition, any  *Unless*

14  documents containing Confidential Information that ~~are submitt~~ed to the Court  *the parties*

15  shall be filed or lodged in ~~a sealed envelope marked "Confidential: Subject to~~  *compliance with Local Rule 79-5.*

16  ~~Protective Order."~~

17    5.    The attorneys for Plaintiffs are directed to retain all copies of

18  documents, notes, or summaries containing Confidential Information in their

19  custody, possession and control and to take the necessary precautions to prevent

20  persons not authorized as provided above from obtaining access to any such

21  Confidential Information.

22    6.    Production of the Confidential Information protected by this

23  Stipulated Agreement and Order shall not constitute a waiver of any privileged or

24  confidentiality or privacy right.  The parties retain the right to assert all

25  substantive objections to the Confidential Information, including but not limited

26  to, relevancy, hearsay, privacy, privilege, ~~and~~ Rule 403 of the Federal Rules of

27  Evidence.

28    7.    At the conclusion of this action, all documents containing

*JR*

1   Confidential Information, all copies and extracts thereof, with the exception of

2   those documents affected by the attorney work-product doctrine or attorney-
        —and those filed with the Court

3   client privilege, shall be returned to counsel for the City.  As to those documents

4   protected by the attorney work-product doctrine or attorney-client privilege,

5   Plaintiffs and their counsel agree that any and all such documents shall either be

6   redacted and returned to the City or shall be destroyed.

7        IT IS SO STIPULATED.

8   Dated: September 10, 2012        CRISTINA L. TALLEY, CITY ATTORNEY

9

10                          By:

11                              Moses W. Johnson, IV
                               Assistant City Attorney
                               Attorneys for Defendants
12                              CITY OF ANAHEIM, and CITY OF
                               ANAHEIM erroneously sued as
13                              ANAHEIM POLICE DEPARTMENT

14  Dated: September 10, 2012        SAYRE & LEVITT, LLP

15

16                          By:

17                              Adam L. Salamoff, Esq.
                               Attorneys for Plaintiffs
18                              BARBARA PADILLA and MARIO
                               CEJA

19

20

21

22

23

24

25

26

27

28  91512v1

4