1  MICHAEL R.W. HOUSTON
   CITY ATTORNEY
2  MOSES W. JOHNSON, IV
   Assistant City Attorney
3  E-mail:  mjohnson@anaheim.net
   200 S. Anaheim Boulevard, Suite 356
4  Anaheim, California  92805
   Tel: (714) 765-5169 Fax: (714) 765-5123
5
   Attorneys for Defendants CITY OF
6  ANAHEIM, and CITY OF ANAHEIM
   erroneously sued as ANAHEIM POLICE
7  DEPARTMENT and DAVID GARCIA

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11  BARBARA PADILLA AND          Case No.:   SACV12-622 JVS(JPRx)
    MARIO CEJA,
12                               **DECLARATION OF MOSES W.
            Plaintiffs,          JOHNSON, IV IN SUPPORT OF
13                               MOTION FOR SUMMARY
         v.                      JUDGMENT AND/OR PARTIAL
14                               SUMMARY JUDGMENT**
    CITY OF ANAHEIM, ANAHEIM
15  POLICE DEPARTMENT, AND       DATE:     August 5, 2013
    DOE OFFICERS OF THE          TIME:     1:30 p.m.
16  ANAHEIM POLICE               CTRM:     10C
    DEPARTMENT, AND DOES 1
17  through 10, Inclusive,,
                                 MOTION HRG. CUTOFF:   7/8/13
18          Defendants.          TRIAL DATE:           9/24/13

19

20

21

22

23

24

25

26

27

28

1    I, MOSES W. JOHNSON, IV, hereby declare and say:

2    1.    I am an Assistant City Attorney with the City of Anaheim and am

3    one of the attorneys for Defendants in this action, and have personal knowledge

4    of each fact stated herein, and can testify competently as a witness thereto.

5    2.    On Friday, June 7, 2013, I took the deposition of Shelly Marie

6    Sorenson in the instant matter.  Attached hereto as Exhibit "A" is a true and

7    correct copy of excerpts of her deposition testimony.

8    3.    On Wednesday, June 5, 2013, I took the deposition of James Lee

9    Clements in the instant matter.  Attached hereto as Exhibit "B" is a true and

10   correct copy of excerpts of his deposition testimony.

11   4.    On Monday, June 10, 2013, I took the deposition of Diane Jackson

12   Silva in the instant matter.  Attached hereto as Exhibit "C" is a true and correct

13   copy of excerpts of her deposition testimony.

14   I declare under penalty of perjury under the laws of the United States of

15   America that the foregoing is true and correct.

16   Dated this 5th day of July, 2013, at Anaheim, Calif.

17                                    /s  Moses W. Johnson, IV

18                                    MOSES W. JOHNSON, IV

19

20

21

22

23

24

25

26

27

28   96278v1

2

# EXHIBIT A

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3

4

5   BARBARA PADILLA AND          )
    MARIO CEJA,                   )
6                                 )
              Plaintiffs,         )
7                                 )
         vs.                      )Case No. SACV12-622 JVS(JPRx)
8                                 )
    CITY OF ANAHEIM, ANAHEIM      )
9   POLICE DEPARTMENT, AND        )
    DOE OFFICERS OF THE           )
10  ANAHEIM POLICE                )
    DEPARTMENT, AND DOES 1        )
11  through 10, Inclusive,        )
                                  )
12            Defendants.         )
                                  )
13

14

15

16       Deposition of SHELLY MARIE SORENSON, taken on behalf

17  of Defendants, at Anaheim City Attorney's Office,

18  200 South Anaheim Boulevard, Suite 356, Anaheim,

19  California, beginning at 3:32 p.m. and ending at

20  4:44 p.m., on Friday, June 7, 2013, before Natalie

21  Alcott-Bernal, Certified Shorthand Reporter No. 13105.

22

23

24

25

                                                              2

1    A    Okay.

2    Q    Okay.  So let's start off with the second

3  paragraph.  Starts off with the first sentence, "On

4  November 4, 2011, between 1150 and 1155 hours" -- between

5  11:50 a.m. and 11:55 a.m.  -- "SORENSON was driving

6  westbound on Ball Road in the #2 traffic lane."  That's

7  the one closest to the curb.

8    A    Yes.

9    Q    Is that accurate?

10   A    Yes, it is.

11   Q    Okay.  Next sentence says, "She slowed to turn

12 northbound into the west alley of the apartment complex

13 located at 2301 East Ball Road, in the City of Anaheim."

14        Is that accurate?

15   A    Yes.

16   Q    Okay, next paragraph.  "SORENSON observed a

17 marked police car, with its overhead emergency lights

18 activated traveling eastbound, on Ball Road, in the #2

19 westbound traffic lane."

20        Is that accurate?

21   A    Yes.

22   Q    Next sentence says, "She stopped and also

23 observed three males, who she described as," quote,

24 "gangbangers," closed quote, "walking east on the north

25 sidewalk, at the driveway which" red -- "which led into

26

1    the alley."

2              Is that accurate?

3        A    Yes.

4        Q    Now, why did you describe these three males as

5    gangbangers?

6        A    Because I've lived in the area for a while and

7    I've associated them -- there's been issues with people

8    that look like them in the past with crime and what I've

9    considered to learn as a gang.  So they just looked like

10   people I would consider gangbangers.  Even if they

11   weren't, I'd still think that.

12       Q    Okay.  Next sentence says, "The three males were

13   later identified as MARCEL LUIS CEJA, JOSE LUIS GONZALEZ,

14   and EDWIN ABRAHAM SALINAS."  Now, I don't expect you to

15   know that.  But they use those names later, that's why I

16   read that.

17              Next sentence says, "SORENSON had to wait for

18   CEJA, GONZALEZ and SALINAS to cross the driveway before

19   commencing her turn into the alley."

20              Is that accurate, except for knowing their

21   names?

22       A    Yes.

23       Q    Okay.  "The police car stopped along the north

24   curb, west of the alley, and CEJA, GONZALEZ and SALINAS

25   look westbound toward the police car; however, they

                                                           27

1    continued walking eastbound."

2            Is that accurate?

3        A    Yes.

4        Q    Next paragraph, "A police officer, later

5    identified as Anaheim Police Officer DAVID GARCIA, exited

6    the police car, holding a baton, and walked toward CEJA,

7    GONZALEZ and SALINAS."

8            Is that sentence accurate, except for knowing

9    the police officer's name?

10       A    Yes.

11       Q    Okay.  Next sentence says, "It appeared GARCIA

12   was talking with CEJA, GONZALEZ and SALINAS; however,

13   CEJA, GONZALEZ, and SALINAS continued walking eastbound."

14           Is that accurate?

15       A    Yes.

16       Q    Next sentence says, "Sorenson could not hear the

17   conversation because her car windows were up and the

18   radio and air-conditioning were on."

19           Is that accurate?

20       A    Yes.

21       Q    Next paragraph, "As GARCIA reached the east side

22   of the alley's driveway, CEJA ran westbound" -- "onto the

23   westbound lanes of Ball Road, in an eastbound direction,

24   and GARCIA chased CEJA."

25           Is that accurate?

28

# EXHIBIT B

1                    UNITED STATES DISTRICT COURT

2              FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4

5   BARBARA PADILLA and MARIO CEJA, )
                                     )
6              Plaintiffs,           )
                                     )
7        vs.                         ) Case No.
                                     )
8   CITY OF ANAHEIM, et al.,         ) SACV 12-622 JVS(JPRx)
                                     )
9              Defendants.           )
    _____)

10

11

12

            Deposition of JAMES LEE CLEMENTS, taken on
13
        behalf of the Defendant, City of Anaheim, at
14
        200 South Anaheim Boulevard, Suite 356, Anaheim,
15
        California, commencing at 2:00 p.m., on Wednesday,
16
        June 5, 2013, reported by Katherine McCoy,
17
        CSR No. 11157, a Certified Shorthand Reporter in
18
        and for the State of California.
19

20

21

22

23

24

25

                                                              2

1    occupant in the vehicle."

2           Is that accurate?

3    A.    That is correct.

4    Q.    Next sentence says, quote, "Extron employees,

14:18:17  5    Jim Scrivens and Chris Bach, were driving back to the

6    Lewis Street Extron main facility in a separate vehicle,

7    slightly ahead of Clements on Ball Road."

8           Is that accurate?

9    A.    Jim Scrivens' name is spelled Scrivner.

14:18:32  10    Q.    Could you spell that?

11    A.    S-C-R-I-V-N-E-R.

12    Q.    Okay.  How about Mr. Bach; is that correct?

13    A.    Yes, sir.  Mr. Bach is correct.

14    Q.    Do those two gentlemen still work for Extron?

14:18:47  15    A.    They do.

16    Q.    Did you ever discuss this incident with them?

17    A.    Yes.

18    Q.    Did they tell you they saw anything?

19    A.    Yes.  They testified the same day I did.

14:18:59  20    Q.    Okay.  All right.

21    A.    Back to that statement though, I don't recall

22    if they were ahead of me or behind me.

23    Q.    Okay.  That's fine.  Let's go to the next page.

24    A.    (Witness complies.)

14:19:15  25    Q.    Top of the page, quote, "Clements was driving

21

westbound in the number two lane of East Ball Road

approaching the Casa Madrid Apartment complex, 2301 East

Ball Road, Anaheim, with his vehicle radio on and the

windows rolled up."

14:19:34    Is that accurate?

A.   To the best of my knowledge.  I don't know the

exact address of the Casa Madrid Apartments.

Q.   But do you recall the name of those apartments

being Casa Madrid?

14:19:45    A.   I do.

Q.   This next sentence says, quote, "At that time

Clements observed a male Hispanic, late teens to early

twenties, wearing a dark hooded sweatshirt with the

hoodie over his head and loose fitting black shorts."

14:20:03    Is that accurate?

A.   It is.

Q.   Next sentence says, quote, "This subject was

running southbound out of the Casa Madrid Apartment

complex toward Ball Road with a police officer in foot

14:20:21 pursuit approximately 10 to 20 feet behind him."

Is that accurate?

A.   That is correct.

Q.   Next sentence says, "The officer was dressed in

full police uniform and readily identifiable as a police

14:20:32 officer."

22

1      Is that correct?

2   A.   That is correct.

3   Q.   Next sentence says, quote, "The subject, later

4   identified as Marcel Luis Ceja, then ran westbound along

14:20:49   5   the sidewalk in front of the Casa Madrid Apartment

6   complex with the officer still approximately 15 feet

7   behind him."

8      Is that accurate?

9   A.   It is accurate.

14:21:00   10   Q.   The next sentence says, quote, "The officer had

11   something in his right hand but Clements could not make

12   out what it was."

13      Is that accurate?

14   A.   That is correct.

14:21:12   15   Q.   Next sentence says, quote, "Clements slowed his

16   vehicle and continued driving westbound on Ball Road and

17   observed Ceja fall to the ground and roll at least

18   once."

19      Is that accurate?

14:21:24   20   A.   That is correct.

21   Q.   Next sentence says, quote, "Clements didn't

22   know what made Ceja fall to the ground, but he had

23   foliage protruding out from his sweatshirt hood as if he

24   had crawled through the bushes."

14:21:40   25      Is that accurate?

23

```
1          A.    That is correct.
2          Q.    Next paragraph, it says, quote, "Ceja landed
3    sitting up on the grass berm facing southbound, his legs
4    out in front of him, just north of the north sidewalk
5    for East Ball Road."
6                Is that accurate?
7          A.    It is not accurate.
8          Q.    What's inaccurate about that?
9          A.    His legs were facing south -- were --
10         Q.    His legs were facing southbound?
11         A.    I take it back.  You're right because the
12   street runs west, and his legs were facing the street.
13   This is a correct statement.
14         Q.    He's located north of that; correct?  That's
15   what it is saying there.  He's north of the north
16   sidewalk --
17         A.    That is correct.
18         Q.    -- facing southbound; correct?
19         A.    Correct.
20         Q.    Okay.  Next sentence says, quote, "The police
21   officers stopped on the grass median just south of the
22   north sidewalk of Ball Road, faced Ceja, and with his
23   handgun in his right hand, pointed it at Ceja."
24               Is that correct?
25         A.    That is correct.
```

14:21:59 (line 5)
14:22:09 (line 10)
14:22:23 (line 15)
14:22:31 (line 20)
14:22:46 (line 25)

24

1       Q.     Next sentence says, quote, "Clements estimated

2    the difference (sic) -- let me start over.

3              Quote, "Clements estimated the distance between

4    the officer and Ceja to be approximately ten feet."

14:23:00  5              Is that accurate?

6       A.    That is correct.

7       Q.     Next sentence says, "As Clements passed by Ceja

8    and the officer, he looked back over his right shoulder

9    in the 3:00 o'clock position and observed the officer to

14:23:19 10    be verbalizing orders to Ceja."

11              Is that accurate?

12       A.    That is correct.

13       Q.     Next sentence says, quote, "Ceja appeared to be

14    uncooperative and angry as he was moving around, looking

14:23:34 15    around and yelling something at the officer."

16              Is that accurate?

17       A.    That is correct.

18       Q.     Next sentence says, "Clements observed Ceja's

19    right hand deep inside his right front shorts pocket,

14:23:51 20    moving around as if he was attempting to remove an

21    object from the pocket."

22              Is that accurate?

23       A.    That is accurate.

24       Q.     Let me stop for a second.  Are you sure it was

14:24:00 25    his right hand versus his left hand?

25

1    shoulder in the 3:00 o'clock position on a clock face

2    and you see Mr. Ceja digging in his pocket.  Then U-turn

3    your head back west because you're driving westbound;

4    correct?

14:25:32    5    A.    That is correct.

6    Q.    And you recall the two gunshots being in rapid

7    succession?

8    A.    That is correct.

9    Q.    Okay.  Next sentence says, quote, "Clements

14:25:45    10    looked back and saw the officer approaching Ceja who was

11    lying on the grass."

12    Is that accurate?

13    A.    That is correct.

14    Q.    Next sentence says, Clements said after he

14:25:57    15    heard the gunfire, he looked at his watch and noticed it

16    was approximately 1155 hours or 11:55 a.m.

17    Is that accurate?

18    A.    That is correct.

19    Q.    Next paragraph says, quote, "Clements proceeded

14:26:12    20    westbound, then made a U-turn on Ball Road heading

21    eastbound."

22    Is that correct?

23    A.    That is correct.

24    Q.    Next sentence says, "As Clements made his way

14:26:21    25    back to the area where Ceja and the officer were, he

27

1    hand behind him for support," referring to the subject.

2            Is that accurate?

3        A.   You stated a quote.  I don't see a quote in

4    this document.

14:38:37  5        Q.   When I say that, I mean I'm quoting what the

6    document says.  I'm reading it to you.

7        A.   That is correct.

8        Q.   Next sentence says, quote, "His right hand was

9    the completely in his right front short pocket and it

14:38:57 10    looked," quote, referring to your exact words, quote,

11    "like he was trying to get something out but it wouldn't

12    come out."  Closed quote.

13            Is that accurate?

14        A.   That is accurate.

14:39:08 15        Q.   And is the quote that I read attributed to you

16    accurate?

17        A.   It is.  That is correct.

18        Q.   Okay.  Next sentence says, "Witness Clements

19    could see the officer's mouth moving as if he was

14:39:22 20    talking to the subject, but Witness Clements could not

21    hear what he was saying."

22            Is that accurate?

23        A.   It is accurate.

24        Q.   Next sentence says, Witness Clements also did

14:39:34 25    not know if the subject was saying anything."

36

1          Is that accurate?

2     A.    That is accurate.

3     Q.    Next sentence says, "Witness Clements had his

4     vehicle's windows up and the radio was on."

14:39:45  5          Is that accurate?

6     A.    That is accurate.

7     Q.    Next sentence says, "Witness Clements then

8     momentarily lost sight of both the officer and the

9     subject because an electrical box blocked his view."

14:40:00  10          Is that accurate?

11    A.    That is accurate.

12    Q.    Next sentence says, "As soon as

13    Witness Clements lost sight of both subjects, he heard

14    two gunshots."

14:40:11  15          Is that accurate?

16    A.    That is accurate.

17    Q.    Next sentence says, "Witness Clements looked

18    back and saw the subject lying on the grass and the

19    officer stepping towards the subject."

14:40:22  20          Is that accurate?

21    A.    That is accurate.

22    Q.    Next sentence says, "Witness Clements made a

23    U-turn and saw the officer with the subject looking like

24    he was trying to handcuff him."

14:40:34  25          Is that accurate?

37

# EXHIBIT C

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3

4

5   BARBARA PADILLA AND        )
    MARIO CEJA,                 )
6                               )
            Plaintiffs,         )
7                               )
        vs.                     )Case No. SACV12-622 JVS(JPRx)
8                               )
    CITY OF ANAHEIM, ANAHEIM    )
9   POLICE DEPARTMENT, AND      )
    DOE OFFICERS OF THE         )
10  ANAHEIM POLICE              )
    DEPARTMENT, AND DOES 1      )
11  through 10, Inclusive,      )
                                )
12          Defendants.         )
    _____)
13

14

15      Deposition of DIANE JACKSON SILVA, taken on behalf

16  of Defendants, at Anaheim City Attorney's Office,

17  200 South Anaheim Boulevard, Suite 356, Anaheim,

18  California, beginning at 3:46 p.m. and ending at

19  4:57 p.m., on Monday, June 10, 2013, before Natalie

20  Alcott-Bernal, Certified Shorthand Reporter No. 13105.

21

22

23

24

25

                                                              2

1      So it says, "On Friday, November 4, 2011, SILVA

2   was home, sitting on her couch in the living room, when

3   she heard," quote, "yelling," closed quote.

4      Is that accurate?

5   A   Yes.

6   Q   Next sentence says, "She" -- referring to you --

7   "heard two different voices involved, and she described

8   the yelling as," quote, "intense," closed quote.

9      Is that accurate?

10  A   Yes.

11  Q   Next sentence says, "SILVA walked toward the

12  sliding glass door located on the south wall of the

13  apartment, which faced Ball Road."

14     Is that accurate?

15  A   Yes.

16  Q   Okay.  Next sentence says, "The sliding glass

17  door led onto a second story balcony."

18     Is that accurate?

19  A   Yes.

20  Q   Next sentence says, "West of the sliding glass

21  door was a kitchen window, which also faced Ball Road."

22     Is that accurate?

23  A   Yes.

24  Q   Next sentence says, "Both the sliding glass door

25  and kitchen window were fashioned with vertical blinds."

23

1          Is that accurate?

2      A    Yes.

3      Q    Next sentence says, "At the time of the shooting

4  incident, the vertical blinds were in the open position."

5          Is that accurate?

6      A    Yes.

7      Q    Okay.  Top of page 2, next sentence says, "The

8  sliding glass door and kitchen window were in the closed

9  position."

10         Is that accurate?

11     A    Yes.

12     Q    Okay.  Next paragraph says, "SILVA observed a

13  police officer with his weapon drawn, walking diagonally,

14  in a northwest direction, from the area of the" port --

15  excuse me -- "parked Ford Explorer, California license

16  plate 6PIL169, parked along the north curb of Ball Road,

17  east of apartment 113."

18         Except for the exact license plate number, is

19  that sentence accurate?

20     A    Yes.

21     Q    Next sentence says, "SILVA observed the officer,

22  later identified as APD officer" -- which stands for

23  Anaheim Police Department -- "APD Officer DAVID GARCIA,

24  continue his approach."

25         Is that accurate?

24

1     A    Yes.

2     Q    Next sentence says, "Once GARCIA came to the

3 right rear corner of a turquoise compact vehicle,

4 California license plate 3LAX480, parked along the north

5 curb of Ball Road, west of the parked Ford Explorer, he

6 stepped onto the grass between the curb and east," slash,

7 "west concrete sidewalk."

8         Again, except for the exact license plate

9 number, is that sentence accurate?

10    A    Yes.

11    Q    Next sentence says, "GARCIA continued walking

12 and pointing his weapon in a northwest direction, but due

13 to her obstructed view, SILVA was unable to see who the

14 police officer was pointing his weapon at."

15         Is that accurate?

16    A    Yes.

17    Q    So at that time you couldn't see the subject he

18 was pointing his gun at?

19    A    No.

20    Q    Okay.  Next paragraph says, "GARCIA was yelling

21 commands the entire time," quote, "Stop," closed quote,

22 "and something to the effect of," quote, "Get your hands

23 out of your pockets," closed quote, "or," quote, "Don't

24 put your hands in your pockets," closed quote.

25         Is that accurate?

25

```
 1       A    Yes.

 2       Q    And you distinctly remember the two quotes, one

 3  or the other, whether it be "Get your hands out of your

 4  pocket" or "Don't put your hands in your pocket"?

 5       A    Yes.

 6       Q    Next sentence says, "SILVA did not understand

 7  what was being said by the subject, later identified as

 8  MARCEL LUIS CEJA, but his voice was loud and she believed

 9  his shouts were obscenities."

10            Is that accurate?

11       A    Yes.

12       Q    Now, when you say here you don't understand what

13  was being said by the subject, do you recall him yelling

14  in English, yelling in Spanish, yelling in some other

15  language, if you know?

16       A    I, honestly, can't answer that question.

17       Q    That's fine.

18            But you formed the belief he was yelling some

19  sort of obscenity?

20       A    I believe he was yelling in broken English.  And

21  the things I understood was the bad words of the English

22  language, but I really couldn't tell.

23       Q    Was he using the F word?

24       A    Yes.

25       Q    Okay.  Next sentence says, "SILVA heard GARCIA's
```

26

1  commands at least three times."

2          Is that accurate?

3     A    Yes.

4     Q    And that's the reference to either "Get your

5  hands out of your pockets" or "Don't put your hands in

6  your pockets"; correct?

7     A    Yes.

8     Q    Next paragraph, "SILVA observed Garcia step onto

9  the east," slash, "west concrete sidewalk from the grass

10 and he continued to walk in a northwest direction."

11         Is that accurate?

12    A    Yes.

13    Q    Next sentence says, "SILVA heard what she

14 believed to be GARCIA's commands for the third time, and

15 then he immediately fired his weapon, twice in

16 succession."

17         Is that accurate?

18    A    I don't remember it being twice, but I

19 definitely remember it going off.

20         (Telephonic interruption in the

21         proceedings.)

22 BY MR. JOHNSON:

23    Q    Do you need to take a break?

24    A    No. I'll just turn it off.

25    Q    Does this statement here, ma'am, refresh your

27