OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 765-5169
FAX (714) 765-5123

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA PADILLA AND MARIO CEJA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANAHEIM, ANAHEIM POLICE DEPARTMENT, AND DOE OFFICERS OF THE ANAHEIM POLICE DEPARTMENT, AND DOES 1 through 10, Inclusive,,<br><br>Defendants. | Case No.:   SACV12-622 JVS(JPRx)<br><br>Assigned to: Hon. James V. Selna<br>Dept.:   10C<br><br>**JUDGMENT ON JURY VERDICT**<br><br>Trial Date:   September 24, 2013<br>Time:   9:00 a.m.<br>Place:   Ctrm. 10C<br><br>Action Filed:   4/20/12<br>Trial Date:   9/24/13 |

1    This action came on regularly for trial on September 24, 2013 in
2    Courtroom 10C of the United States District Court, the Hon. James V. Selna,
3    presiding; the Plaintiffs appeared by attorney Federico Sayre, Sayre & Levitt,
4    LLP, and the Defendants appeared by attorney Moses W. Johnson, IV, Assistant
5    City Attorney.
6    A jury of 8 persons was regularly impaneled and sworn.  Witnesses were
7    sworn and testified.  After hearing the evidence and arguments of counsel, the
8    jury was duly instructed by the Court and the cause was submitted to the jury
9    with directions to return a special verdict.  The jury deliberated and thereafter
10   returned into Court with its verdict as follows:

12   1.    Did Plaintiffs prove by a preponderance of the evidence that Officer
13   Garcia violated Marcel Ceja's civil rights under federal law or his rights under
14   state law through the use unreasonable (excessive) force in arresting or detaining,
15   preventing the escape of, or overcoming the resistance of, Marcel Ceja?

17   _____Yes         \_\_\_X\_\_\_\_\_No

19   2.    Did Plaintiffs prove by a preponderance of the evidence that Officer
20   Garcia violated the Fourteenth Amendment by acting maliciously and
21   sadistically for the purpose of causing harm to Marcel Ceja unrelated to the
22   legitimate law enforcement purposes of taking him into custody, arrest or self-
23   defense?

25   _____Yes         \_\_\_X\_\_\_\_\_No

27   ///
28   ///

3. Did Plaintiffs prove by a preponderance of the evidence that Officer Garcia was negligent in using deadly force under the totality of the circumstances?

_____ Yes        \_\_\_\_X\_\_\_ No

It appearing by reason of said verdict that: Defendants are entitled to judgment against Plaintiff.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that said Plaintiff take nothing by their complaint filed herein on April 20, 2012 and September 27, 2012, and that Defendants City of Anaheim and David Garcia have and recover from Plaintiff, their costs to be awarded at a later date.

Dated: October 07, 2013

*[signature: James V. Selna]*

HON. JAMES V. SELNA
United States Judge