1

2

3

4

5                                                              JS-6

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   BARBARA PADILLA AND                    Case No.:    SACV12-622 JVS(JPRx)
     MARIO CEJA,
12
                   Plaintiffs,
13
          v.
14                                           **JUDGMENT ON JURY VERDICT**
     CITY OF ANAHEIM, ANAHEIM
15   POLICE DEPARTMENT, AND
     DOE OFFICERS OF THE
16   ANAHEIM POLICE                          Trial Date:  November 12, 2014
     DEPARTMENT, AND DOES 1                  Time:        8:30 a.m.
17   through 10, Inclusive,,                 Place:       Ctrm. 10C

18                 Defendants.               Action Filed:    04/20/12
                                             Trial Date:      11/12/14
19

20

21

22

23

24

25

26

27

28

OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 765-5169
FAX (714) 765-5123

1    This action came on regularly for trial on November 12, 2014 in
2    Courtroom 10C of the United States District Court, the Hon. James V. Selna,
3    presiding; the Plaintiffs appeared by attorney Federico Sayre, Treyzon &
4    Associates, and the Defendants appeared by attorney Moses W. Johnson, IV,
5    Assistant City Attorney.
6         A jury of 8 persons was regularly impaneled and sworn.  Witnesses were
7    sworn and testified.  After hearing the evidence and arguments of counsel, the
8    jury was duly instructed by the Court and the cause was submitted to the jury
9    with directions to return a special verdict.  The jury deliberated and thereafter
10   returned into Court with its verdict as follows:

11

12   1.    Did Plaintiffs prove by a preponderance of the evidence that Officer
13   Garcia violated Marcel Ceja's civil rights under federal law or his rights under
14   state law through the use [of] unreasonable (excessive) force in arresting or
15   detaining, preventing the escape of, or overcoming the resistance of, Marcel
16   Ceja?

17

18   _____Yes                      ____X____No

19

20   2.    Did Plaintiffs prove by a preponderance of the evidence that Officer
21   Garcia was negligent in using deadly force under the totality of the
22   circumstances?

23

24   _____Yes                      ____X____No

25

26   It appearing by reason of said verdict that:  Defendants are entitled to
27   judgment against Plaintiffs.
28        //

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that said Plaintiffs take nothing by their complaint filed herein on April 20, 2012 and September 27, 2012, and that Defendants City of Anaheim and David Garcia have and recover from Plaintiffs, their costs to be awarded at a later date.

Dated: December 04, 2014

_____
HON. JAMES V. SELNA
United States Judge